**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TWILA HICKMAN,** *pro se,*

    **Plaintiff,**

v.                                            Case No.  8:10-cv-1147-T-30MAP

**TECO ENERGY, et al.,**

    **Defendant.**
_____/

**ORDER**

      THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension of Time to Serve Defendants (Dkt. 5).  In the motion, Plaintiff states that she has mailed the summons and Notice of Designation to Defendants via the United States Postal Service.  Under Rule 4(h)(1) of the Federal Rules of Civil Procedure and applicable Florida state law, service by mail to a corporation is not permitted unless accompanied by a waiver of service.  <u>Dyer v. Wal-Mart Stores, Inc.</u>, 2009 WL 613119, *1 (11th Cir. 2009).  In addition, proper service requires that defendants be served with a copy of the complaint and summons filed in the action.  Fed. R. Civ. P. 4.

      Plaintiff requests an extension of time to properly serve Defendants.  Under Fed. R. Civ. P. 4(m), Plaintiff has 120 days from the date the complaint was filed to serve Defendants.  The time does not expire until September 15, 2010.  However, the Court will grant another 60 days, to November 14, 2010, for Plaintiff to serve Defendants in accordance

with Rule 4 of the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Extension of Time to Serve Defendants (Dkt. 5) is **GRANTED**.

2. Plaintiff shall serve Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida by November 14, 2010.

3. **Failure to serve Defendants by November 14, 2010 may result in this action being dismissed without further notice.**

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1147.extend time to serve.frm